## 11405.   WHITE v. THE STATE.

BROYLES, C. J.   1. In all criminal cases the bill of exceptions must be tendered to the judge within twenty days from the date of the judgment complained of.   Civil Code (1910), § 6153.

(a) In the instant case it does not appear that the bill of exceptions was tendered within the required time; it appears merely that it was tendered within *thirty* days from the date of the judgment excepted to. Under repeated rulings of the Supreme Court and of this court the writ of error must be and is

> *Dismissed.   Luke and Bloodworth, JJ., concur.*
> DECIDED MAY 11, 1920.

Indictment for obstructing process; from Upson superior court — Judge Searcy.   January 24, 1920.

*C. P. Goree, Philip Weltner,* for plaintiff in error.

*E. M. Owen, solicitor-general,* contra.